FRANKLIN J. LOVE, BAR #80334
125 S. Citrus Ave.
Suite 101
Covina, California 91723
(626)653-0455

Attorney for Assignee of Record
CREATIVE RECOVERY CONCEPTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ENTERTAINMENT BY J&J, INC. ) CASE No. CV 00-12743 RMT(RZx)
)
       Plaintiff )
) RENEWAL OF DEFAULT JUDGMENT
)
vs. )
)
PEDRO HARO LLAMAS, individually)
and d/b/a/ TINOS BAR a/k/a/ )
ALEJANDRAS BAR )
       Defendants )
_____)

    Based upon the application for renewal of judgment and pursuant to F.R.C.P. 69(a) and C.C.P. 683.110 through 683.320, and good cause appearing, therefore:

    The judgment against defendant PEDRO HARO LLAMAS individually and d/b/a/ TINOS BAR a/k/a/ ALEJANDRAS BAR entered on May 24, 2001 is hereby renewed in the amounts set forth below:

    Renewal of money judgment

```
        a. Total judgment              $6,800.00
        b. Costs after judgment        $    0.00
        c. Attorney Fees               $    0.00
        d. Subtotal                    $6,800.00
```

Renewal of Default Judgment
Case No. CV 00-12743 RMT (RZx)

```
        e. Credits after Judgment      $    0.00
        f. Subtotal                    $6,800.00
        g. Interest after Judgment     $1,669.78
        h. Fee for filing renewal      $    0.00
        i. TOTAL RENEWED JUDGMENT      $8,469.78

DATED: April 08, 2011        CLERK, Lori Muraoka
                                    by Deputy
```

Renewal of Default Judgment
Case No. CV 00-12743 RMT (RZx)